■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY DE GENNARO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Richmond, convicting appellant of violating section 483 of the Penal Law, unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.

■    STANLEY REIMAN, Respondent, v. NORTHERN ZALESKI LIMITED et al., Defendants, and JOHN ZALESKI, Appellant.— In an action to recover damages for breach of contract and for moneys had and received, the appeal is from a judgment in favor of respondent against appellant, after trial by the court without a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■    ALVIN SCHMITT, Appellant, v. TOWN OF OYSTER BAY et al., Respondents.— In an action to declare void two resolutions of the town board of the Town of Oyster Bay, adopted March 1, 1955, and March 15, 1955, respectively, granting an application for change of zone and for a special permit use, the appeal is from so much of an order which denies appellant's cross motion for summary judgment. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.